IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOO YUN CHUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFEWAY INC.; ALBERT MITA; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10 and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. 17-597<br>(Other Non-Vehicle Tort)<br><br>**DECLARATION OF NORMAND R. LEZY** |

## DECLARATION OF NORMAND R. LEZY

I, NORMAND R. LEZY, declare:

1. I am an attorney duly licensed to practice law in the U.S. District Court for the District of Hawaii and am one of the attorneys for Defendant SAFEWAY INC. ("Defendant") in the above-captioned case.

2. This declaration is made upon personal knowledge, and if called upon, declarant is competent to testify as to the facts set forth herein.

3. I make this declaration in support of the Notice of Removal.

4. Attached hereto as Exhibit "A" is a true and correct copy of PLAINTIFF's October 17, 2016 Complaint filed in the Circuit Court of the First Circuit, State of Hawaii.

5. Attached hereto as Exhibit "B" is a true and correct copy of PLAINTIFF's January 6, 2017 First Amended Complaint filed in the Circuit Court of the First Circuit, State of Hawaii, and, together with Exhibit "A", comprises all process, pleadings, and orders served upon SAFEWAY in the action.

6. Attached hereto as Exhibit "C" is a true and correct copy of SAFEWAY's and MITA's January 11, 2017 Answer to PLAINTIFF's Amended Complaint filed in the Circuit Court of the First Circuit, State of Hawaii.

7. Attached hereto as Exhibit "D" is a true and correct copy of SAFEWAY's and MITA's January 13, 2017 Notice of Removal filed in the U.S. District Court for the District of Hawaii.

8. Attached hereto as Exhibit "E" is a true and correct copy of the U.S. District Court for the District of Hawaii civil docket in <u>Joo Yun Chung v. Safeway Inc., et al.</u>, Civil No. 17-00020 HG-KJM.

9. Attached hereto as Exhibit "F" is a true and correct copy of the October 5, 2017 "Order to Show Cause Why Action Should Not Be Dismissed for Lack of Subject Matter Jurisdiction" filed in <u>Joo Yun Chung v. Safeway Inc., et al.</u>, Civil No. 17-00020 HG-KJM.

10. Attached hereto as Exhibit "G" is a true and correct copy of October 5, 2017 and October 11, 2017 correspondence between PLAINTIFF's counsel and counsel for SAFEWAY and MITA regarding the October 5, 2017

"Order to Show Cause Why Action Should Not Be Dismissed for Lack of Subject Matter Jurisdiction" filed in <u>Joo Yun Chung v. Safeway Inc., et al.</u>, Civil No. 17-00020 HG-KJM.

11. Attached hereto as Exhibit "H" is a true and correct copy of excerpts of PLAINTIFF'S deposition in <u>Joo Yun Chung v. Safeway Inc., et al.</u>, Civil No. 17-00020 HG-KJM.

12. Attached hereto as Exhibit "I" is a true and correct copy of excerpts of MITA's deposition in <u>Joo Yun Chung v. Safeway Inc., et al.</u>, Civil No. 17-00020 HG-KJM.

13. Attached hereto as Exhibit "J" is a true and correct copy of the Stipulation to Remand Removed Civil Action to State Court filed in <u>Joo Yun Chung v. Safeway Inc., et al.</u>, Civil No. 17-00020 HG-KJM.

14. Attached hereto as Exhibit "K" is a true and correct copy of the Circuit Court for the First Circuit, State of Hawaii civil docket in <u>Joo Yun Chung v. Safeway Inc., et al.</u>, Civil No. 16-1-1945-10 BIA.

15. Attached hereto as Exhibit "L" is a true and correct copy of the Stipulation for Dismissal with Prejudice of All Claims Against Defendant Albert Mita filed in <u>Joo Yun Chung v. Safeway Inc., et al.</u>, Civil No. 16-1-1945-10 BIA.

16. Attached hereto as Exhibit "M" is a true and correct copy of PLAINTIFF'S May 12, 2017 settlement demand letter in <u>Joo Yun Chung v. Safeway Inc., et al.</u>, Civil No. 17-00020 HG-KJM.

I, NORMAND R. LEZY, do declare under penalty of law that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, December 18, 2017.

<u>/s/ Normand R. Lezy</u>
NORMAND R. LEZY
